UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DENNIS LAMAR JAMES, JR.,

    Plaintiff,

v.

MAGUIRE, et al.,

    Defendants.
_____/

No. C 10-1795 SI (NJV)

WRIT OF HABEAS CORPUS
AD TESTIFICANDUM

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DENNIS LAMAR JAMES, JR. whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: September 13, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Sheriff, Alameda County

GREETINGS

WE COMMAND that you have and produce the body of DENNIS LAMAR JAMES in your custody in the Santa Rita Jail, before the United States District Court on October 26, 2011, at 1:00 p.m., at Solano State Prison, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of JAMES v. MAGUIRE, et al., and at the termination of said hearing

writ ad test

1 return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: September 13, 2011

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: ___Linn Van Meter___
ADMINISTRATIVE LAW CLERK

Dated: September 13, 2011



NANDOR J. VADAS
United States Magistrate Judge

writ ad test

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DENNIS LAMAR JAMES, JR., | No. C 4:10 -01795 SI (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MAGUIRE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on September 13, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Dennis Lamar James, Jr.
BDE373
Santa Rita Jail
5325 Broader Blvd
Dublin, CA 94568

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

writ ad test