IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. JAMES, | No. C 10-01795 SI |
| Plaintiff, | **ORDER** |
| v. | |
| MAGUIRE CORRECTIONAL FACILITY, | |
| Defendant. | |

Plaintiff's motion for assistance from the *pro se* help desk is DENIED. (Docket # 17.) The help desk for *pro se* litigants is available only as a walk-in service and does not provide help by correspondence. If and when plaintiff is released from custody, he can use the walk-in service.

IT IS SO ORDERED.

Dated: October 12, 2011

_____
SUSAN ILLSTON
United States District Judge