UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DENNIS LAMAR JAMES, JR.,

      Plaintiff,

   v.

MAGUIRE, et al.,

      Defendants.
_____/

No. C 10-1795 SI (NJV)

ORDER RE- SCHEDULING SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference previously scheduled in this case for 1:00 p.m. on October 26, 2011, at Solano State Prison, is VACATED.

You are further notified that the settlement conference is re-scheduled for December 1, 2011, at 1:00 pm in Courtroom 14 of the United States District Court at 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall appear at the settlement conference with the parties and persons having **full authority** to negotiate and settle the case.  **A person who needs to call another person not present before agreeing to any settlement does not have full authority.  To the extent that such consultations are necessary, they must be made in advance of the settlement conference.**

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than two weeks prior to the settlement conference.

Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date. Requests to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

IT IS SO ORDERED.

Dated: October 12, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DENNIS LAMAR JAMES, JR.,

    Plaintiff,

v.

MAGUIRE, et al.,

    Defendants.

No. 10-cv-1795 SI (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 12, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Dennis Lamar James, Jr.
V-72038
San Quentin State Prison
San Quentin, CA 94974

Dated: October 12, 2011

        /s/ *Linn Van Meter*
        Linn Van Meter
        Administrative Law Clerk to the
        Honorable Nandor J. Vadas