UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DENNIS LAMAR JAMES, JR.,

    Plaintiff,

  v.

MAGUIRE, et al.,

    Defendants.
_____/

No. C 10-1795 SI (NJV)

ORDER VACATING WRIT OF
HABEAS CORPUS AD TESTIFICANDUM

    The settlement conference in this case has been rescheduled for December 1, 2011, in San Francisco. Accordingly, the writ of habeas corpus ad testificandum issued in this case on September 13, 2011, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: October 12, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DENNIS LAMAR JAMES, JR., | No. 10-cv-1795 SI (NJV) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MAGUIRE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on October 12, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Dennis Lamar James, Jr.
V-72038
San Quentin State Prison
San Quentin, CA 94974

Dated: October 12, 2011

/s/ *Linn Van Meter*
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas