UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DENNIS LAMAR JAMES, JR.,

      Plaintiff,

  v.

MAGUIRE, et al.,

      Defendants.
_____/

No. 3:10-CV-1795 SI (NJV)

WRIT OF HABEAS CORPUS
AD TESTIFICANDUM

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DENNIS LAMAR JAMES, JR., inmate no. V72038, whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: November 1, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, California State Prison, Deuel Vocational Institution

GREETINGS

WE COMMAND that you have and produce the body of DENNIS LAMAR JAMES, JR., in your custody in the hereinabove-mentioned Institution, before the United States District Court on December 16, 2011, at 1:00 p.m., in Courtroom 17 on the 16th floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California in order that said prisoner may then and there

writ ad test

1  participate in the SETTLEMENT CONFERENCE in the matter of JAMES v. MAGUIRE, et al., and
2  at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or
3  abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of
4  said prisoner, and further to produce said prisoner at all times necessary until the termination of the
5  proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: November 1, 2011

                              RICHARD WIEKING
                              CLERK, UNITED STATES DISTRICT COURT

                              By:   Linn Van Meter
                                   DEPUTY CLERK

Dated: November 1, 2011



_____
NANDOR J. VADAS
United States Magistrate Judge

writ ad test

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DENNIS LAMAR JAMES, JR., | No. 3:10-CV-1795 SI (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MAGUIRE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on November 1, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Dennis Lamar James, Jr.
V-72038
California State Prison
D.V.I.
P.O. Box 600
Tracy, CA 95378

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

writ ad test