UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DENNIS LAMAR JAMES, JR.,

    Plaintiff,

v.

MAGUIRE, et al.,

    Defendants.

_____/

No. C 10-1795 SI (NJV)

ORDER VACATING WRIT OF
HABEAS CORPUS AD TESTIFICANDUM

    Plaintiff has been released from incarceration. Accordingly, the writ of habeas corpus ad testificandum issued in this case on November 1, 2011, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: November 8, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DENNIS LAMAR JAMES, JR.,

    Plaintiff,

v.

MAGUIRE, et al.,

    Defendants.

No. 10-cv-1795 SI (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 8, 2011, I served a true and correct copy of the attached and the Order Setting Settlement Conference by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Dennis Lamar James, Jr.
V-72038
P.O. Box 4111
Oakland, CA 94614-4111

Dated: November 8, 2011

          /s/ *Linn Van Meter*
          Linn Van Meter
          Administrative Law Clerk to the
          Honorable Nandor J. Vadas