UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DENNIS LAMAR JAMES, JR.,

    Plaintiff,

v.

MAGUIRE, et al.,

    Defendants.

No. C 10-1795 SI (NJV)

ORDER VACATING SETTLEMENT CONFERENCE

The settlement conference in this case set for December 16, 2011, is HEREBY VACATED. The settlement conference will be reset by the Court after Plaintiff has been released from San Mateo County custody. Plaintiff shall continue to keep the Court apprised of his address.

IT IS SO ORDERED.

Dated: November 29, 2011

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DENNIS LAMAR JAMES, JR., | No. 10-cv-1795 SI (NJV) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MAGUIRE, et al., | |
| Defendants. / | |

I, the undersigned, hereby certify that on November 29, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Dated: November 29, 2011

/s/ *Linn Van Meter*
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas