IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS L. JAMES,                                No. C 10-01795 SI

       Plaintiff,                                 **ORDER**

   v.

MAGUIRE CORRECTIONAL FACILITY,

       Defendant.
                                             /

After the court granted in part and denied in part defendants' motion for summary judgment, this action was referred to the *pro se* prisoner mediation program so that the parties could attempt to resolve the matter. In the several months since the referral, plaintiff repeatedly has been in and out of custody, and that has resulted in settlement conferences repeatedly being reset. The settlement conference now set for April 19, 2012 is the fourth attempt to hold a conference. The remaining defendant recently filed a motion for summary judgment, which plaintiff has opposed. In order to move this action toward resolution, the best course is to withdraw the referral of the action from the *pro se* prisoner mediation program and adjudicate the pending motion for summary judgment. If the action survives the pending summary judgment motion, the court then will consider whether to refer it again to the *pro se* prisoner mediation program. Accordingly:

       1.        The referral of this action to the court's *pro se* prisoner mediation program is WITHDRAWN. The mediation/settlement conference set for April 19, 2012 is VACATED.

2. Defendant must file and serve on plaintiff any reply brief in support of the motion for summary judgment no later than **April 6, 2012**.

IT IS SO ORDERED.

Dated: March 15, 2012

_____
SUSAN ILLSTON
United States District Judge