IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS JAMES,<br><br>  Plaintiff,<br><br>  v<br><br>MAGUIRE CORRECTIONAL FACILITY,<br><br>  Defendants. | Case No C 10-1795 SI (NJV)<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on November 7, 2012 in San Francisco. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff, Pro Se appeared by phone

☐ Warden or warden's representative

☐ Office of the California Attorney General

☒ Other: Daniel Valim, Deputy County Counsel and Scott Johnson, Risk Manager for County

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.  Status Conference set for December 11, 2012 at 1:00.  Parties to appear by telephone.  Telephone instructions: Dial 888-684-8852, enter access code 1868782 and security code 7416.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date:   11/27/12

_____
Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| James, | No. C 10-1795 SI (NJV) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| Maguire Correctional Facility | |
| Defendant. | |

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/27/12, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Dennis Lamar James, Jr.**
V-72038
Santa Rita Jail
BDE373
5325 Broder Blvd.
Dublin, CA 94568

RICHARD W. WIEKING, CLERK

By:/s/_____
      Deputy Clerk

3