UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DENNIS LAMAR JAMES, JR.,

    Plaintiff,

v.

MAGUIRE, et al.,

    Defendants.
_____/

No. C 10-1795 SI (NJV)

ORDER VACATING
STATUS CONFERENCE

On December 7, 2012, the parties filed a stipulation of dismissal with prejudice of this action. (Docket no. 50.) Accordingly, the telephonic status conference set in this case for 1:00 p.m. on December 11, 2012, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: December 10, 2012

    NANDOR J. VADAS
    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DENNIS LAMAR JAMES, JR.,

    Plaintiff,

v.

MAGUIRE, et al.,

    Defendants.
_____/

No. 10-cv-1795 SI (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on December 10, 2012, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Dennis Lamar James, Jr.
V-72038
Santa Rita Jail
BDE373
5325 Broder Blvd.
Dublin, CA 94568

Dated: December 10, 2012

                    /s/ *Linn Van Meter*
                    Linn Van Meter
            Administrative Law Clerk to the
             Honorable Nandor J. Vadas