UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DENNIS LAMAR JAMES, JR.,

    Plaintiff,

  v.

MAGUIRE, et al.,

    Defendants.

_____/

No. C 10-1795 SI (NJV)

ORDER VACATING STATUS CONFERENCE

On December 7, 2012, the parties filed a stipulation of dismissal with prejudice of this action. (Docket no. 50.) Accordingly, the telephonic status conference set in this case for 1:00 p.m. on December 11, 2012, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: December 10, 2012

                          NANDOR J. VADAS
                          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DENNIS LAMAR JAMES, JR.,　　　　　　　　　　　　No. 10-cv-1795 SI (NJV)

　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　　**CERTIFICATE OF SERVICE**

v.

MAGUIRE, et al.,

　　　　Defendants.　　　　　　　　　　/

　　　　I, the undersigned, hereby certify that on December 10, 2012, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Dennis Lamar James, Jr.
V-72038
Santa Rita Jail
BDE373
5325 Broder Blvd.
Dublin, CA 94568

Dated: December 10, 2012

　　　　　　　　　　　　　　　　　　/s/ *Linn Van Meter*
　　　　　　　　　　　　　　　　　　Linn Van Meter
　　　　　　　　　　　　　　　　Administrative Law Clerk to the
　　　　　　　　　　　　　　　　Honorable Nandor J. Vadas